# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 7 Proceedings |
|---|---|
| VALLEY FURNITURE LIQUIDATORS, INC. | Case No. 2:18-bk-03982-BKM |
| Debtor. | **ORDER GRANTING APPLICATION FOR LIMITED ADMISSION** |

This matter having come before the Court on the *Application for Limited Admission* of Lauren A. Dorsett, Esq., and good cause appearing therefor,

IT IS HEREBY ORDERED that the Application for Limited Admission is granted;

IT IS FURTHER ORDERED that Lauren A. Dorsett, Esq. Davis Wright Tremaine LLP is authorized to appear *pro hac vice* in this case.

**DATED AND SIGNED ABOVE.**