Grant L. Cartwright, Esq. (AZ SBN 030780)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, AZ 85004-0608
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: gcartwright@maypotenza.com

*Counsel for Amazon Capital Services, Inc.
and Amazon Services, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>VALLEY FURNITURE LIQUIDATORS, INC.,<br><br><br>Debtor. | Chapter 7<br><br>Case No. 2:18-bk-03982-BKM<br><br>**STIPULATION TO CONTINUE RULE 2004 EXAMINATION OF DEBTOR** |

This stipulation (the "Stipulation) is entered into between Amazon Capital Services, Inc. ("**ACS**") and Amazon Services, LLC ("**Amazon Services**" and together with ACS "**Amazon**"), and Debtor Valley Furniture Liquidators, Inc. ("**Valley Furniture**," and together with Amazon, the "**Parties**") pursuant to Local Rule 9071-1 for an order amending the Court's order entered on August 15, 2018 (ECF No. 60) by continuing the deadline for Valley Furniture to produce documents and the date for Valley Furniture to appear for a Bankruptcy Rule 2004 examination. This Stipulation is made with reference to the following facts:

**I.    BACKGROUND**

A.    Todd Stevenson is the sole owner and President of Valley Furniture.

B.    Valley Furniture filed a voluntary petition under chapter 7 of the Bankruptcy Code on April 16, 2018.

C.    Two months later, on June 15, 2018, Mr. Stevenson also filed a voluntary petition under chapter 7 of the Bankruptcy Code. *See* Case No. 2:18-bk-06980-MCW.

D.    On July 19, 2018, Amazon filed proofs of claim against Valley Furniture. *See* Claim Nos. 34 and 35.

E.    On August 14, 2018, Amazon filed an *Ex Parte Motion of Creditors' Amazon Capital Services, Inc. and Amazon Services, LLC for an Order (I) Directing the Production of*

*Documents and (II) Authorizing the Examination of a Representative of Valley Furniture Liquidators, Inc. Pursuant to Bankruptcy Rule 2004* (the "**Bankruptcy Rule 2004 Application**"). *See* ECF No. 58. The Court granted Amazon's Bankruptcy Rule 2004 Application. *See* ECF No. 60.

F. Pursuant to the Court's order granting the Bankruptcy Rule 2004 Application, Valley Furniture is required to produce documents requested by Amazon within twenty-one (21) days from the date of the order (i.e. no later than September 5, 2018), and appear for the Rule 2004 examination within seven (7) days from the date the documents are produced, or on a date mutually agreed upon by the Parties. *See* ECF No. 60. Amazon requested the Rule 2004 examination for Valley Furniture be scheduled for September 10, 2018.

G. Valley Furniture's bankruptcy counsel—which is the same counsel for Mr. Stevenson—informed counsel for Amazon that Mr. Stevenson, who would be the representative of Valley Furniture for the examination, is not available on September 10, 2018, and requested the examination be rescheduled. In exchange for delaying the Rule 2004 examination, Mr. Stevenson agreed to extend the deadline for Amazon to file a dischargeability action in Mr. Stevenson's bankruptcy case.

H. On August 29, 2018, the Parties filed a stipulation in Mr. Stevenson's bankruptcy case to extend the deadline for Amazon to object to Mr. Stevenson's discharge. *See* Case No. 2:18-bk-06980, ECF No. 27. As part of that stipulation, the Parties agreed to reschedule the Rule 2004 examination of Valley Furniture, and continue the deadline for Valley Furniture to produce documents pursuant to the Court's order entered on August 15, 2018 (ECF No. 60) upon entry of an order extending the deadline for Amazon to object to Mr. Stevenson's discharge for at least 90 days from the current deadline without prejudice to Amazon (or the Parties) filing another extension request. *See id*.

I. On August 30, 2018, the Court entered an order in Mr. Stevenson's bankruptcy case approving the Parties stipulation and extending the deadline for Amazon to object to Mr.

Stevenson's discharge under sections 523 and 727 of the Bankruptcy Code to December 21, 2018. *See* Case No. 2:18-bk-06980, ECF No. 28.

J. Accordingly, the Parties enter into this Stipulation, and request the Court approve the Stipulation amending its order entered on August 15, 2018 (ECF No. 60) by continuing the deadline for Valley Furniture to produce documents to October 10, 2018, and continuing Amazon's Bankruptcy Rule 2004 examination of Valley Furniture to October 24, 2018.

## II. STIPULATION

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

1. The deadline for Valley Furniture to produce documents listed in **Exhibit A** attached hereto shall be extended to October 10, 2018.

2. Valley Furniture shall appear for an examination under oath pursuant to Bankruptcy Rule 2004 on October 24, 2018, or on an alternative date mutually agreed upon by the parties, should the examination need to be rescheduled.

3. This Stipulation shall not preclude Amazon (or the Parties) to seek another extension from the Court.

RESPECTFULLY SUBMITTED September 18, 2018.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By *s/ Grant L. Cartwright*
　　Grant L. Cartwright (AZ SBN 030780)

201 North Central Avenue, 22nd Floor
Phoenix, AZ  85004-0608
Telephone:  (602) 252-1900
Facsimile: (602) 252-1114
Email:  gcartwright@maypotenza.com

*Counsel for Amazon Capital Services, Inc. and Amazon Services, LLC*

**SACKS TIERNEY P.A.**

By *s/ Randy Nussbaum with permission*
    Randy Nussbaum (AZ SBN 006417)

4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: (480) 425-2600
Facsimile: (480) 970-4610
Email: randy.nussbaum@sackstierney.com

*Special Counsel for Valley Furniture Liquidators, Inc.*

COPY of the foregoing mailed or emailed*
on September 18, 2018, to:

Allan Newdelman
Allan D. Newdelman, PC
80 E. Columbus Avenue
Phoenix, Arizona 85012
Email: anewdelman@adnlaw.net
*Counsel for Debtor Valley Furniture Liquidators, Inc.*

Randy Nussbaum
Sacks Tierney, P.A.
4250 N. Drinkwater Blvd, 4th Floor
Scottsdale, Arizona 85251
Email: randy.nussbaum@sackstierney.com
*Counsel for Debtor Valley Furniture Liquidators, Inc.*

Dale D. Ulrich
1934 East Camelback Road, Suite 120-615
Phoenix, Arizona 85016
*Chapter 7 Trustee*

Terry A. Dake
Terry A. Dake, LTD
20 East Thomas Road, Ste. 2200
Phoenix, Arizona 85012-3133
Email: tdake@cox.net
*Counsel for Chapter 7 Trustee*

U.S. Trustee
U.S. TRUSTEE
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Ryan J. Bird
Gilbert Bird Law Firm, P.C.
10575 North 114th Street, Suite 115
Scottsdale, Arizona 85259
Email: rbird@gilbertbirdlaw.com

TN Dept of Revenue
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Jay W. Hurst
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
Email: bk-jhurst@oag.texas.gov
sherri.simpson@oag.texas.gov

*s/ Elizabeth Luna*
Elizabeth Luna